# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                            Case Number: 6:12–cr–00054

Jason Devon Garner

---

## Notice of Resetting

**A proceeding has been reset in this case as to Jason Devon Garner as set forth below.**

**BEFORE:**
**Judge John D Rainey**

**PLACE:**
4th Floor Courtroom
Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 1/7/2019

**TIME:** 01:40 PM

**TYPE OF PROCEEDING:** Final Hearing – Superv Rls Vio
Applicable defendant(s) required to be present at the hearing.

---

Date:   December 31, 2018                           David J. Bradley, Clerk